goal change request from reunification to adoption.

---

Joseph SALERA, Petitioner

v.

STATE FARM FIRE AND CASUALTY COMPANY, Respondent.

James Mee, Petitioner

v.

Safeco Insurance Company of America, Respondent.

Ihor and Diane Helo, Petitioners

v.

Encompass Insurance, Respondent.

Karol Dicicco, Petitioner

v.

Allstate Insurance Company, Respondent.

Richard Crowley, et al. Adam and Cheri Skelding, Petitioners

v.

The Travelers Property and Casualty Insurance Co., Respondent.

Supreme Court of Pennsylvania.

June 17, 2010.

### ORDER

PER CURIAM.

AND NOW, this 17th day of June, 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue is:

> Whether the Superior Court, in affirming the denial of a request for class certification, improperly held that Petitioners did not satisfy the predominance of common questions requirement of Pa. R.C.P. 1702 and 1708(a)(1), as applied by this Court in *Liss & Marion, P.C. v. Recordex Acquisition Corp.*, 603 Pa. 198, 983 A.2d 652 (2009).

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.